STATE OF NEW JERSEY v. ROBERT SIMON, ROBERT VAN WETTERING, JR., AND FRANK P. HAUSSMAN, JR.

November 9, 1977. Petitions for certification granted.

STATE OF NEW JERSEY v. ELBEE ALEXANDER.

November 9, 1977. Motion for leave to appeal is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded for a full hearing of the appeal on the merits.

STATE OF NEW JERSEY v. HETRA LEE FIELDS.

November 9, 1977. Certification to the Superior Court, Law Division, is granted.

STATE OF NEW JERSEY v. WILLIE WILLIAMS.

November 9, 1977. Motion for leave to appeal is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded for a full hearing of the appeal on the merits.

STATE OF NEW JERSEY v. EDWARD BRAY.

November 22, 1977. Petition for certification denied.